IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Gregory Thomas,

    Petitioner,

v.

Americredit Financial Corp.

    Defendant.
                           /

No. C-07-2324 SI

**ORDER**

    IT IS HEREBY ORDERED that plaintiff's request to refer this case to the e.filing program is granted. This case is now subject to Electronic Case Filing ("ECF"), pursuant to General Order 45, Section VI of which requires that all documents in such a case be filed electronically.

    Instructions and forms for registering as an ECF User as required by Section IV (A) of General Order 45, as well as other information regarding the Court's ECF program including General Order 45 itself, may be found on the Court's Web site at **ecf.cand.uscourts.gov**.

    **IT IS SO ORDERED.**

Dated: 8/13/07

SUSAN ILLSTON
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GREGORY THOMAS,

        Plaintiff,

v.

AMERICREDIT FINANCIAL
CORPORATION et al,

        Defendant.
                                     /

Case Number: CV07-02324 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 14, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gregory Thomas
Post Office Box 2298
San Rafael, CA 94912

Scott J. Hyman
Severson & Werson
19100 Von Karman Ave.
Suite 700
Irvine, CA 92612

Dated: August 14, 2007

                                        Richard W. Wieking, Clerk
                                        By: Tracy Sutton, Deputy Clerk