United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY THOMAS,<br><br>    Plaintiff,<br><br>  v.<br><br>AMERICREDIT FINANCIAL CORPORATION,<br>DOES 1 THROUGH 10 inclusive,<br><br>    Defendants.<br>_____/ | No. C 07-02324 SI<br><br>**ORDER GRANTING DEFENDANTS'**<br>**MOTION TO STRIKE PLAINTIFF'S**<br>**PRAYER FOR PUNITIVE DAMAGES** |

Before the Court is defendants' motion to strike plaintiff's prayer for punitive damages found in plaintiff's second amended complaint. The matter is scheduled for a hearing on November 30, 2007. Pursuant to Civil Local Rule 7-1(b), the Court determines that the matter is appropriate for resolution without oral argument, and VACATES the hearing.

Plaintiff's second amended complaint seeks punitive damages of $100,000 under the California Fair Debt Collection Practices Act. The statute permits only actual damages and punitive damages no greater than $1,000. Cal. Civ. Code § 1788.30. Defendants therefore seek to strike this portion of plaintiff's second amended complaint under Federal Rule of Civil Procedure 12(f); plaintiff has stated that he does not oppose the motion. Having considered the papers submitted, and in light of plaintiff's

statement of non-opposition to defendants' motion to strike, the Court hereby GRANTS defendants' motion to strike plaintiff's prayer for punitive damages.

**IT IS SO ORDERED.**

Dated: October 22, 2007

SUSAN ILLSTON
United States District Judge