IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY THOMAS, | No. C 07-02324 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| AMERICREDIT FINANCIAL CORPORATION, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: February 29, 2008 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is June 6, 2008.

DESIGNATION OF EXPERTS: 5/2/08; REBUTTAL: 5/12/08.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is June 6, 2008.

DISPOSITIVE MOTIONS **SHALL** be filed by June 20, 2007;

    Opp. Due July 7, 2008; Reply Due July 14, 2008;

    and set for hearing no later than July 25, 2008 at 9:00 AM.

PRETRIAL CONFERENCE DATE: September 2, 2008 at 3:30 PM.

JURY TRIAL DATE: September 15, 2008 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The mediation shall occur within 90 days.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

_Susan Illston_
SUSAN ILLSTON
United States District Judge

**United States District Court**
For the Northern District of California