SCOTT J. HYMAN (State Bar No. 148709)
DANIEL A. SHAMA (State Bar No. 230420)
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Ave., Suite 700
Irvine, CA 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118
Email: sjh@severson.com
Email: das@severson.com

Attorneys for Defendant, AMERICREDIT FINANCIAL SERVICES, INC.,
Erroneously sued herein as AMERICREDIT FINANCIAL CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY THOMAS,<br><br>       Plaintiff,<br><br>   vs.<br><br>AMERICREDIT FINANCIAL CORPORATION; DOES 1 THROUGH 10, INCLUSIVE,<br><br>       Defendants. | CASE NO.: C 0702324 SI<br><br>The Honorable Susan Illston<br>Courtroom 10<br><br>**STIPULATION OF DISMISSAL**<br><br>Complaint Filed:  04/30/07<br>First Amended<br>   Complaint Filed: 07/06/07<br>Second Amended<br>   Complaint Filed: 09/20/07<br>Trial date:       09/15/08 |



Submitting counsel are directed to serve this order upon all other non-efiling parties in this action.

31085/0000/627797.1

STIPULATION OF DISMISSAL
USDC Case No. C 0702324 SI

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED: April 4, 2008

_____
Plaintiff Gregory Thomas
In Pro Se

DATED: April 1, 2008

SEVERSON & WERSON
A Professional Corporation

_____
Daniel A. Shama

Attorneys for Defendant
AMERICREDIT FINANCIAL SERVICES, INC., Erroneously sued herein as AMERICREDIT FINANCIAL CORPORATION



IT IS SO ORDERED
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

31085/0000/627797.1

STIPULATION OF DISMISSAL
USDC Case No. C 0702324 SI